UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAMONT ZAMICHIELI,** | : |
| | : CIVIL ACTION NO. 3:18-0850 |
| **Plaintiff** | : |
| | : (JUDGE MANNION) |
| v. | : |
| **JAMIE FICKS**, *et al.*, | : |
| **Defendants** | : |

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant Ficks' motion to dismiss Plaintiff's Eighth Amendment deliberate indifference and First Amendment retaliation claims (Doc. 31) is **GRANTED.**

2. Defendant Ficks' motion to dismiss Plaintiff's Eighth Amendment sexual assault and excessive force claims (Doc. 31) is **DENIED**.

3. Discovery shall be completed on or before May 31, 2022. In accordance with Local Rule of Court 5.4 (b), the parties shall refrain from filing discovery requests with the Court.

4. Dispositive motions shall be filed on or before June 21, 2022.

5. No extensions of the pre-trial schedule shall be granted absent good cause. See FED. R. CIV. P. 16(b).

6. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

7. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

8. Plaintiff's motion to change venue and jurisdiction (Doc. 50) is deemed withdrawn for Plaintiff's failure to file a timely supporting brief, in accordance with M.D. Local Rule 7.5.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  March 17, 2022**
18-0850-02-ORDER